EDWARD J. QUINLAN, JR., Plaintiff-Appellant, v. THE BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF HARRISBURG et al., Defendants-Appellees.

(No. 74-248;

Fifth District—March 28, 1975.

Opinion by Mr. JUSTICE EBERSPACHER.

Harris and Lambert, of Marion, for appellant.

Charles M. Ferguson, of Harrisburg, for appellees.